UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY SHEA, on behalf of Himself and All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>Defendant. | 07 CA 10384 JLT |

**UNITED PARCEL SERVICE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

In compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, United Parcel Service, Inc. states that it is a New York Corporation, with its principal place of business in Georgia, is a direct or indirect subsidiary of United Parcel Service, Inc., a Delaware corporation, which is the only UPS-related entity that is publicly traded. There are no publicly held companies that own 10% or more of UPS' stock.

UNITED PARCEL SERVICE, INC.

By its attorneys,

_____
Hugh F. Murray, III, BBO #557175
James F. Radke, BBO #667299
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000
hmurray@murthalaw.com
jradke@murthalaw.com

DATED: July 27, 2007

966041_1